UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUDY SALDANA,<br><br>        Petitioner,<br><br>   v.<br><br>KEN CLARK, Warden,<br><br>        Respondent(s). | No. CV 07-1373-SVW (AGR)<br><br>**JUDGMENT** |

    Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 22, 2010      _____
                                          STEPHEN V. WILSON
                                     UNITED STATES DISTRICT JUDGE